# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 22, 2010

141544-5

Marilyn Kelly,
Chief Justice

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

HILLS AND DALES GENERAL HOSPITAL,
      Plaintiff-Appellee,

v

AVELINA M. OXHOLM-DABABNEH, D.O.,
and HURON MEMORIAL HOSPITAL, d/b/a
HURON MEDICAL CENTER,
      Defendants,

and

LIBERATA J. PANTIG, M.D.,
      Defendant-Appellant.

SC: 141544-5
COA: 297227; 297533
Tuscola CC: 09-025524-CK

_____/

      On order of the Court, the application for leave to appeal the June 29, 2010 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should now be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 22, 2010

_____
Clerk

p1115